In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00075-CV

_____

IN THE INTEREST OF V.D.B. AND C.L.B.

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 17-10-13023-CV

## MEMORANDUM OPINION

The appellant, Mindy Reynolds, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 11, 2018
Opinion Delivered April 12, 2018
Before Kreger, Horton and Johnson, JJ.

1